[No. 29942-5-I.  Division One.  June 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL DWIGHT CHONZENA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00617-7, Ronald Castleberry, J., entered February 13, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, J., Baker, J., dissenting.

[No. 31871-3-I.  Division One.  June 27, 1994.]

FRANKLIN A. BONIN, *Appellant*, v. MANDEL KUBER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-02018-3, Peter K. Steere, J., entered November 10, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy and Agid, JJ.

[No. 32642-2-I.  Division One.  June 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD M. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06829-6, Robert H. Alsdorf, J., entered March 2, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33959-1-I.  Division One.  June 27, 1994.]

BAYSIDE YACHT SALES, INC., ET AL, *Petitioners*, v. JACK L. GRANVILLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 91-2-00112-2, Michael E. Rickert, J., entered December 17, 1993. *Reversed* by unpublished per curiam opinion.